UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re: JERRELL MILLER,

                            Applicant.

----------------------------------------------------------------x

**MEMORANDUM & ORDER**

13-cv-4919 (ENV)

VITALIANO, D.J.,

On August 23, 2013, Jerrell Miller, currently incarcerated at Upstate Correctional Facility and proceeding *pro se*, filed the instant action seeking to challenge the Constitutionality of New York Penal Law §70.45. Miller did not pay the filing fee, nor did he file an application to proceed *in forma pauperis* and a Prisoner Authorization Form. On September 27, 2013, the Clerk's Office mailed Miller a letter at the address listed on his complaint directing him to either submit a completed application to proceed *in forma pauperis* and a Prisoner Authorization Form or to pay the $350 filing fee to the Clerk of Court within 14 days. More than 14 days have passed and Miller has failed to respond.

1

## Conclusion

In line with the foregoing, plaintiff's complaint is dismissed without prejudice.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to close this case for administrative purposes.

SO ORDERED.

Dated:    Brooklyn, New York
           November 21, 2013

/S/ Judge Eric N. Vitaliano

ERIC N. VITALIANO
United States District Judge